Jeffrey L. Tarkenton (VA Bar #20631)
Jason A. Hicks (VA Bar #46961)
Womble Carlyle Sandridge & Rice, LLP
1200 Nineteenth Street, N.W.
Suite 500
Washington, DC  20036
(202) 857-4450 – Telephone
(202) 261-0050 – Facsimile

*Counsel to JPMorgan Chase Bank, N.A., EMC Mortgage Corporation, Bear Stearns Asset Backed Securities I, LLC, Bear, Stearns & Co., Inc., Bear Stearns Capital Markets Inc., Wells Fargo Bank, N.A., MERSCORP Holdings, Inc., and Mortgage Electronic Registration System Inc.*

Todd D. Ross (VA Bar #84761)
Womble Carlyle Sandridge & Rice, LLP
8065 Leesburg Pike
Fourth Floor
Tysons Corner, VA  22182
(703) 394-2260 – Telephone
(703) 918-2281 – Facsimile

*Counsel to JPMorgan Chase Bank, N.A., EMC Mortgage Corporation, Bear Stearns Asset Backed Securities I, LLC, Bear, Stearns & Co., Inc., Bear Stearns Capital Markets Inc., Wells Fargo Bank, N.A., MERSCORP Holdings, Inc., and Mortgage Electronic Registration System Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| In re:  SYED AFTAB KAZMI | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | Case No. 13-10897-BFK |
| ──────────────────────── | ) | |
| SYED AFTAB KAZMI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 13-01087-BFK |
| | ) | |
| GREEN POINT MORTGAGE FUNDING INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| ──────────────────────── | ) | |

**<u>ORDER GRANTING MOTION FOR SUMMARY JUDGMENT</u>**

Upon consideration of the Motion for Summary Judgment filed by JPMorgan Chase Bank, N.A. and Wells Fargo Bank, N.A. ("Defendants"), Plaintiff Syed Aftab Kazmi's ("Plaintiff") Response in Opposition, oral argument by counsel for Defendants and Plaintiff, and the entire record herein, and for the reasons stated by the Court at the hearing on November 19, 2013, it is

ORDERED, ADJUDGED, and DECREED that Defendants' Motion for Summary Judgment is GRANTED and all claims against Defendants are dismissed with prejudice.

Date:_____, 2013    Nov 26 2013

/s/ Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: November 27, 2013

WE ASK FOR THIS:

____/s/ Jason C. Hicks_____
Jeffrey L. Tarkenton (VSB No. 20631)
Jason C. Hicks (VSB No. 46961)
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
1200 Nineteenth Street, N.W.
Suite 500
Washington, DC  20036
Telephone:  202-857-4450
Facsimile:  202-261-0050
jtarkenton@wcsr.com
jahicks@wcsr.com

and

Todd D. Ross (VSB No. 84761)
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
8065 Leesburg Pike
4th Floor
Tysons Corner, VA  22182-2738
Telephone:  703-394-2260
Facsimile:  703-918-2281
toross@wcsr.com

*Counsel for JPMorgan Chase Bank, N.A.,*
   *EMC Mortgage Corporation, Bear Sterns*
   *Asset Backed Securities I LLC, Bear,*
   *Sterns & Co. Inc., Bear Sterns Capital*
   *Markets Inc., Wells Fargo Bank, N.A.,*
   *MERSCORP Holdings, Inc., and Mortgage*
   *Electronic Registration System Inc.*


SEEN AND OBJECTED TO:

/s/_____ Bobbie Vardan_____
Bobbie Vardan, Esq.
Va. Bar No. 82872
R&B Law Group, PLLC
7700 Leesburg Pike # 312
Falls Church, VA 22043
Phone: 703.475-6244
Fax: 703.649-6344
Email: BVardan@ymail.com
*Counsel for Plaintiff*

3

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

    /s/ Jason C. Hicks
Jason C. Hicks

Copies to:

Jeffrey L. Tarkenton – via CM/ECF

Bobbie Vardan, Esq.
R&B Law Group, PLLC
7700 Leesburg Pike # 312
Falls Church, VA 22043

4