IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED APR 15 2014 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

| | |
|---|---|
| SYED AFTAB KAZMI, | ) |
| Appellant, | ) |
| v. | ) Civil Action No. 1:14-cv-23 |
| BWW LAW GROUP, LLC, | ) |
| Appellee. | ) |

### ORDER

THIS MATTER comes before the Court on the appeal of the Bankruptcy Court's Order granting the Motion to Dismiss of Defendants BWW Law Group, LLC and Equity Trustees, LLC. It appearing to the Court that the decision of the Bankruptcy Court is neither clearly erroneous nor contrary to law, it is hereby

ORDERED that the decision of the Bankruptcy Court is AFFIRMED, on the sound reasoning of the Bankruptcy Court.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
April 15, 2014